IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LONNIE KADE WELSH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CORRECT CARE, LLC, *et al.*, | ) ) |
| Defendants. | ) Civil Action No. 5:17-CV-095-C |

## ORDER[1]

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Plaintiff's "Certificate to certify an order for appeal" should be denied.[2]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's "Certificate to certify an order for appeal" is hereby **DENIED**.

SO ORDERED this 12th day of December, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court need not consider objections from Plaintiff prior to the entry of this Order, as the outcome remains the same, as a matter of law, regardless of whether objections are filed.

[2] The Magistrate Judge has construed Plaintiff's Certificate as a Motion.