IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LONNIE KADE WELSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CORRECT CARE, LLC, et al., | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:17-CV-095-C |

## **ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Defendants' Motion to Dismiss should be granted and that Plaintiff's Complaint should be dismissed with prejudice.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby

---

[1] Plaintiff timely filed objections to the Magistrate Judge's Report and Recommendation on February 13, 2020. *See* Doc. 85.

**ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Defendants' Motion to Dismiss is hereby **GRANTED** and Plaintiff's Complaint is **DISMISSED** with prejudice.[2]

SO ORDERED this 30th day of February, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] All remaining pending motions are hereby **DENIED AS MOOT**.